KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant JESSE ISRAEL ALARCON

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE ISRAEL ALARCON, ) <br> ) <br> Defendant. ) | Case No. 1:13-CR-00087 AWI-BAM <br><br> ORDER TO SET CHANGE OF PLEA HEARING <br><br> New date: 3/17/2014 at 10:00 a.m. |

Based on the stipulation among counsel, it is hereby ordered as follows:

That the previously set status conference date of March 10, 2014 at 1:00 p.m. before the Honorable Barbara McAuliffe, Magistrate Judge of the Eastern District, be vacated and that the matter be set for a change of plea on March 17, 2014 before the Honorable Anthony W. Ishii, Judge of the Eastern District.

Any delay from continuing this matter from March 10, 2014 to March 17, 2014  shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   March 5, 2014                                    _____
                                                                           SENIOR  DISTRICT  JUDGE