KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant JESSE ISRAEL ALARCON

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-CR-00087 AWI-BAM |
| Plaintiff, | |
| | ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| JESSE ISRAEL ALARCON, | New date: July 7, 2014 at 10:00 a.m. |
| Defendant. | |

Based on the stipulation between counsel, it is hereby ordered as follows:

That the previously set sentencing hearing of June 2, 2014 be vacated due to the unavailability of defense counsel, who is in trial in Fresno County Superior Court.  The sentencing shall be set for July 7, 2014 at 10:00 a.m. before the Honorable Anthony W. Ishii, Judge of the Eastern District.

Any delay from continuing this matter from June 2, 2014 to July 7, 2014 at 10:00 a.m.  shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   May 21, 2014                                    _____
                                                                                    SENIOR  DISTRICT  JUDGE